UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-1165 |
| OLIVE STREET PHARMACY, LLC, and IRINA SHLAFSHTEYN, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff the United States of America and Defendants Olive Street Pharmacy, LLC (Olive Street) and Irina Shlafshteyn (Shlafshteyn), by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle to resolve this lawsuit.

The parties anticipate that, no later than October 1, 2021, they will file a stipulation for dismissal with prejudice of this lawsuit, as well as a proposed stipulated consent decree setting forth certain injunctive relief to which the parties have agreed. As will be stated in the parties' forthcoming filings, they will request that the Court retain jurisdiction over this action and the parties solely to enforce the consent decree, the terms of which will be largely self-administrable by Olive Street and the United States with the exception of specific limited channels for judicial review if certain disputes arise during the injunctive term, as will be fully set forth in the proposed consent decree. A draft of the consent decree is attached hereto in the event the Court should wish to review it or discuss any matters regarding it with the undersigned counsel.

Because the parties anticipate that no discovery or motion practice will be necessary to resolve this case, they respectfully suggest that, in the interest of judicial economy, this action should be stayed until October 1, 2021.

| | |
|---|---|
| Dated:  September 28, 2021 | Respectfully submitted, |
| For Olive Street Pharmacy, LLC | For the United States of America |
| HUSCH BLACKWELL LLP | SAYLER A. FLEMING<br>United States Attorney |
| */s/ Steve E. Holtshouser*<br>Steve E. Holtshouser, #33531MO<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>steve.holtshouser@huschblackwell.com<br>(314) 480-1500 | */s/ Amy E. Sestric*<br>Amy E. Sestric, #66219MO<br>Assistant United States Attorney<br>111 S. 10th Street, 20th Floor<br>St. Louis, Missouri 63102<br>amy.sestric@usdoj.gov<br>(314) 539-7720 |

For Irina Shlafshteyn

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW

 */s/ Daniel A. Juengel*
Daniel A. Juengel, #42784MO
7710 Carondelet Avenue, Suite 350
St. Louis, Missouri 63105
djuengel@fjrdefense.com
(314) 282-8657